## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION


KAREN GREEN,

     Plaintiff,

v.                                                                CASE NO. 3:20cv5709-MCR-HTC

COASTAL VASCULAR AND
INTERVENTIONAL, P.L.L.C.,

     Defendant.

_____/


## ORDER OF DISMISSAL

The Court has been informed that the parties have reached a settlement of this

matter.  *See* ECF No. 16.  Therefore, the Court hereby **DISMISSES** the above-

entitled action from the active docket of the Court.  In the event the settlement is not

consummated, the Court reserves the power to reopen the case for further proceedings

upon motion filed by any party within sixty (60) days of the date of this Order and a

showing of good cause.  At this time, the Clerk is directed to close the file in this case

for administrative purposes.  Upon the expiration of sixty (60) days without activity,

the Clerk is directed to close the case in its entirety for all purposes.

**DONE and ORDERED** on this 30th day of April 2021.


 s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**